Norma N. ACOSTA, Petitioner,

v.

## DEPARTMENT OF HEALTH AND HUMAN SERVICES, Respondent.

### No. 01–3021.

United States Court of Appeals, Federal Circuit.

DECIDED: Aug. 13, 2001.

Before SCHALL, BRYSON, and DYK, Circuit Judges.

### *Judgment*

PER CURIAM.

This CAUSE having been heard and considered, it is ORDERED and ADJUDGED:

AFFIRMED. *See* Fed. Cir. R. 36.